### 3721. BRUNER v. THE STATE.

POWELL, J. This case is controlled by the principle stated in *Cheatwood v. Buchanan*, 9 *Ga. App.* 828 (72 S. E. 284), and in a number of similar cases.                                        *Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Accusation of sale of liquor; from city court of Sylvester—Judge Williamson. August 28, 1911.

*J. J. Forehand & Son, Bell & Causey,* for plaintiff in error.
*J. H. Tipton, solicitor,* contra.